UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| IRENE MONTALVO SOLEDAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 2:25-cv-00595-SDN |
| | ) | |
| SHERIFF KEVIN JOYCE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

JUDGMENT

In accordance with the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on November 26, 2025, and the subsequent status report filed by Respondents on February 19, 2026;

The Petition for Writ of Habeas Corpus is granted.

JENNIFER P. LYONS,
CLERK

Dated: February 27, 2026

By: /s/ Michelle Thibodeau
Deputy Clerk